United States District Court
Southern District of Texas
**ENTERED**
August 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELA MORENO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-0036 |
| | § | |
| KROGER TEXAS L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON STIPULATION

The Court is in receipt of the joint Stipulation of Dismissal With Prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), filed August 30, 2018, in which the Parties stipulate to the dismissal of this case with prejudice. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs and attorneys fees.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on August 31, 2018.

Ewing Werlein, Jr.
United States District Judge